

# GILMAN & BEDIGIAN, LLC
## —Trial Attorneys

gblegalteam.com

**LAUREN M. GEISSER**
lgeisser@gblegalteam.com

108 W. Timonium Road, Suite 203
Timonium, Maryland 21093
(410) 560-4999 Phone
(410) 308-3116 Fax

April 28, 2015

**Via First-Class Mail**
Clerk, Civil, ROOM 462
Circuit Court for Baltimore City
111 North Calvert Street
Baltimore, Maryland 21202

RE: *Darlene Brown, et al. v. Frederico Don Broom, et al.*
    Initial Filing

Dear Clerk:

Enclosed please find a Complaint and a check in the amount of $155.00 to cover the cost of filing same.

Please return all summons to this office so that I may serve the Defendant by private process.

Thank you for your attention to this matter.

Very truly yours,

Lauren M. Geisser

LMG/asm
Enclosure