

# GILMAN & BEDIGIAN, LLC
## ———— Trial Attorneys

gblegalteam.com

**LAUREN M. GEISSER**
lgeisser@gblegalteam.com

108 W. Timonium Road, Suite 203
Timonium, Maryland 21093
(410) 560-4999 Phone
(410) 308-3116 Fax

November 2, 2015

<u>Via First-Class Mail</u>
Clerk, Civil, ROOM 462
Circuit Court for Baltimore City
111 North Calvert Street
Baltimore, Maryland 21202

RE: *Darlene Brown, et al. v. Frederico Don Broom, et al.*
Case No. 24-C-15-002128 OT

Dear Clerk:

Enclosed please find Plaintiff's Affidavit of Service for Defendants Tanya Dunn and Federal Home Loan Mortgage Corporation.

Thank you for your attention to this matter.

Very truly yours,

Lauren M. Geisser

LMG/nd
Enclosure