**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DARLENE BROWN,** *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 1:15-cv-03771-GLR |
| | | Judge George Levi Russell, III |
| | * | |
| **FREDERICO DON BROOM,** *et al.* | | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## LINE

The Plaintiff and this Defendant have stipulated to an extension for this Defendant, Federal Home Loan Mortgage Corporation an additional two (2) weeks (until November 7, 2016) to file its Rule 26 (a)(2) Disclosures pursuant to this Court's July 26, 2016 Scheduling Order.

Respectfully submitted,

_____/s/_____
David A. Skomba (No. 23664)
Carrie V. O'Brien (No. 18857)
FRANKLIN & PROKOPIK, P.C.
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-3061
(410) 752-6868 (fax)
dskomba@fandpnet.com
cobrien@fandpnet.com
*Attorneys for Defendant,*
*Federal Home Loan Mortgage Corporation*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2016, a copy of the foregoing Line was sent electronically through the ECF system to:

Scarlett Corso, Esquire
Lauren Geisser, Esquire
GILMAN & BEDIGAN, LLC
108 W. Timonium Road, Suite 203
Timonium, Maryland 21093
*Attorneys for Plaintiff*

And was served via first-class mail, postage prepaid, on:

Frederico Don Broom
1104 Baker Avenue
Woodlawn, MD 21207
*Defendant Pro Se*

Tanya Louise Dunn
1702 E. 33rd Street
Baltimore, MD 21218
*Defendant Pro Se*

                                                  /s/
                                             Carrie V. O'Brien